|   |   |
|---|---|
| JODY HUNTER, CHRISTOPHER NAGLE, | Case No: 3:17-cv-00268-LRH-WGC |
| Plaintiffs, | |
| vs. | **STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MAZDA NORTH AMERICAN OPERATIONS, a California Corporation; MAZDA MOTOR OF AMERICA, INC.; a California Corporation; DOE BUSINESS ENTITIES 1-10, DOE INDIVIDUALS 1-10, | |
| Defendants. | |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Defendant Mazda Motor of America, Inc. d/b/a Mazda North American Operations by and through their counsel, Daniel S. Rodman, Esq. and Alexandria L. Layton, Esq. of the law firm of Snell & Wilmer, L.L.P., and Plaintiffs, Jody Hunter and Christopher Nagle by and through their attorney Steven J. McHugh, Esq. of the law firm McHugh and McHugh, LLP stipulate and agree to the dismissal of all of Plaintiffs' claims with prejudice, with each party to bear their own attorney's fees and costs.

///
///
///

| | |
|---|---|
| DATED this 6th day of ~~March~~ April, 2018. | DATED this 26 day of March, 2018. |
| SNELL & WILMER L.L.P. | McHUGH & McHUGH, LLP |
| By: /s/ Alexandria Layton<br>Daniel S. Rodman<br>Alexandria L. Layton<br>3883 Howard Hughes Parkway, Suite 1100<br>Las Vegas, NV 89169 | By: /s/ Steven McHugh<br>Steven J. McHugh, Esq.<br>2196 Lake Tahoe Blvd., Suite #2<br>South Lake Tahoe, CA 96150 |
| *Attorneys for Defendant*<br>*MAZDA MOTOR OF AMERICA, INC.*<br>*d/b/a MAZDA NORTH AMERICAN*<br>*OPERATIONS* | *Attorney for Plaintiffs*<br>*JODY HUNTER and CHRIS NAGLE* |

## ORDER

IT IS ORDERED that all of Plaintiffs' claims are dismissed with prejudice, with each party to bear their own fees and costs.

DATED this 10th day of April, 2018.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE